

# +UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

United States of America,
                          Government

-against-

TROY YOUNG
                          Defendant(s)

-----------------------------------------------------------------X

# MEMORANDUM

FILENAME - P:\CRD FORMS\MEMO TO DOCKET (Rev. 3/09)

Judge : **Paul E. Davison, U.S.M.J**

Case Number: 17Cr 364     CS

Honorable Cathy Seibel, United States District Judge.

On May 17, 2019, a Rule 11 allocution was taken on consent of all parties before me pursuant to your Honor's reference. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration. If I can be of any further assistance in this matter I would be pleased to do so.

Dated: 9/11/2019
White Plains, New York

Respectfully Submitted,

Paul E. Davison, USMJ